IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WESLEY STERLING,**

    Plaintiff,

v.                                                                                                  Civil Action No. **3:24CV280 (RCY)**

**T. PURYEAR,**

    Defendant.

## MEMORANDUM OPINION

    By Memorandum Order entered on April 26, 2024, the Court conditionally docketed Plaintiff's action. On May 10, 2024, the United States Postal Service returned the April 26, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER," and "INMATE NOT IN VADOC." (ECF No. 3, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall accompany this Memorandum Opinion.

                                                                                              /s/ *RCY*
                                                                              Roderick C. Young
Date: May 21, 2024                                                   United States District Judge
Richmond, Virginia